

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtors

**The following constitutes**
**the order of the court. Signed December 18, 2015**

*Stephen Johnson*

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re

JAMES BLANK
GRELIZA BLANK

                Debtors.

CASE No. 13-51671-SLJ

Chapter 13

**JUDGMENT VOIDING LIEN OF**
**JPMORGAN CHASE BANK, N.A.**

On May 9, 2013, this court entered an ORDER VALUING LIEN OF JPMORGAN CHASE BANK, N.A. against certain property of Debtors for purposes of this chapter 13 case. That order was subject to being set aside until Debtors obtained a discharge or completed plan payments in this chapter 13 case. Debtors having obtained discharge, the court now therefore enters the following judgment.

The lien of JPMorgan Chase Bank, N.A. regarding the property commonly known as 272 Sposito Circle, San Jose, CA and more fully described in Exhibit A hereto, and which was recorded in Santa Clara County on or about May 10, 2007 as document number 19424337, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

**\*\*END OF ORDER\*\***

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

# Exhibit A

The land referred to herein below is situated in the City of San Jose, County of Santa Clara, State of California and is described as follows:

Parcel One:

Lot 93, as shown on that certain Map entitled, "Tract No. 4992", which Map was filed for record in the Office of the Recorder of the County of Santa Clara, State of California on July 23, 1971 in Book 286 of Maps, at Page(s) 52.

Excepting and reserving all oil, gas and mineral rights without any right of surface entry or use of that portion of the subsurface thereof lying above a depth of 500 feet below the surface, in the Deed from Larwin-Northern California, Inc. to Lawrence R. Sebben, et ux, recorded August 27, 1972 in Book 9989, Page 566

Excepting therefrom the underground water or rights thereto with no rights of surface entry, as granted to San Jose Water Works, a California Corporation, recorded on September 16, 1971 in Book 9505 of Official Records, Page 627.

Parcel Two:

A non-exclusive easement over Lots 38 through 42 inclusive, as shown on Map for Tract 4953, filed in Book 282 of Maps, Pages 30 and 31, Santa Clara County Records, State of California, for ingress and egress and the uses and purposes set forth in the Declaration of Covenants, Conditions and Restrictions, recorded March 7, 1972 in Book 9733 of Official Records, Page 594 and re-recorded March 24, 1972 in Book 9758 of Official Records, Page 240.

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

## COURT SERVICE LIST

No parties to be served.